ELECTRONICALLY FILED
DOC #:
DATE FILED: 10/30/07

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------X
                                    :    PRO SE
EDWIN MALDONADO,                    :
                      Petitioner,   :    07 Civ. 5735(RJH)(THK)
                                    :
        -against-                   :
                                    :    **AMENDED ORDER**
JOHN BURGE, Superintendent          :
                      Respondent.   :
                                    :
-----------------------------------X

**THEODORE H. KATZ, United States Magistrate Judge.**

Respondent has advised the Court that he have never received a copy of the Petition and Order sent by the Court, which set a schedule for addressing the Petition. Therefore, the schedule is hereby amended:

>   ORDERED, that the Clerk shall serve, by certified mail, a copy of this Order and the Petition, Memorandum in support of petition and Exhibits in support of petition, herein upon the Attorney General of the State of New York and the District Attorney of the County of Bronx; and it is further
>
>   ORDERED, that Respondent serve and file an answer to the Petition by December 14, 2007; Respondent shall address the merits of the Petition and the satisfaction of any procedural prerequisites; the answer should be provided in hard copy as well as on a 3 ½ " x 5" diskette in a form compatible with WordPerfect 9; and it is further
>
>   ORDERED, that Respondent submit to this Court with its answer a copy of relevant portions of the state court record from the state actions(s) arising out of the conviction attacked herein, including, but not limited to, trial transcripts, sentencing minutes, trial court and appellate decisions, appellate briefs and post-trial motions and decisions; and it is further
>
>   ORDERED, that any reply by Petitioner to Respondent's submissions shall be filed and served by January 11, 2008.

SO ORDERED.

_____
Theodore H. Katz
United States Magistrate Judge


Dated: October 30, 2007
       New York, New York


Copies mailed this date to:

Richard M. Greenberg, Esq.
Office of the Appellate Defender
11 Park Place, Suite 1601
New York, New York 10007

2