**OFFICE OF THE DISTRICT ATTORNEY, Bronx County**

| | | |
|---|---|---|
| **ROBERT T. JOHNSON**<br>*District Attorney* | 198 East 161st Street<br>Bronx, New York 10451 | Phone (718) 590-6758<br>Fax (718) 590-6523<br>E-mail CUNNINGL@bronxda.nyc.gov |
| **Larry Cunningham**<br>*Assistant District Attorney*<br>*Appeals Bureau* | | |

**MEMO ENDORSED**

November 27, 2007

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 11/29/07

The Honorable Theodore H. Katz
United States Magistrate Judge
United States District Court
for the Southern District of New York
500 Pearl Street
New York, New York 10007

       Re: Maldonado v. Burge
          Docket No. 07 Civ. 5735 (RJH) (THK)

Dear Judge Katz:

  Pursuant to an agreement with the Office of the Attorney General, this office represents the respondent in this habeas corpus matter. Respondent's answer to the petition is due December 14, 2007.

  By an amended order dated October 30, 2007, Your Honor directed respondent to file, with its answer, certain documents from the state court proceedings. However, petitioner's counsel has already provided the Court with many of these items. Accordingly, we request permission to file our answer without the following: (1) the appellate briefs; and (2) the relevant state court decisions. We will still file, however, the transcripts, since our answer will make reference to numerous portions of that record which are not included as exhibits to the petition.

  Thank you for your consideration of this request.

                    Sincerely,

                    */s/ Larry Cunningham*
                    Larry Cunningham
                    Assistant District Attorney
                    Appeals Bureau

COPIES MAILED
TO COUNSEL OF RECORD ON 11/29/07

*Granted.*
*So ordered.*
*11/29/07  Theodore H. Katz*
*USMJ*

  cc: Richard Greenberg, Esq.
     Office of the Appellate Defender
     11 Park Place, Suite 1601
     New York, New York 10007